**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy      06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Jonathan<br>First name<br><br>Keith<br>Middle name<br><br>Stoudmire<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2347 | |

Debtor 1   Jonathan Keith Stoudmire _____   Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

6131 Pagemont Road
Kannapolis, NC 28081
_____
Number, Street, City, State & ZIP Code

Cabarrus
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☒ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Affiliated business pending in EDNC

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 2

Debtor 1    Jonathan Keith Stoudmire _____        Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
☒ Yes.

| | | | |
|---|---|---|---|
| Debtor | Center for Emotional Health, PC | Relationship to you | 100% owner |
| District | Eastern District of North Carolina   When  12/8/25 | Case number, if known | 25-04478-5-PWM |
| Debtor | _____ | Relationship to you | _____ |
| District | _____   When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☒ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Jonathan Keith Stoudmire                                          Case number *(if known)* _____

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.        Go to Part 4.

☐ Yes.      Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐        Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐        Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐        Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐        Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐        None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.      I am not filing under Chapter 11.

☒ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?                    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?                _____
                                       Number, Street, City, State & Zip Code

---

Debtor 1  Jonathan Keith Stoudmire                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---------|--------------------------------------------------------------------|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Jonathan Keith Stoudmire                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐  $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐  $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐  More than $50 billion

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Jonathan Keith Stoudmire
_____          _____
Jonathan Keith Stoudmire                                 Signature of Debtor 2
Signature of Debtor 1

Executed on  __January 23, 2026__          Executed on  _____
MM / DD / YYYY                                              MM / DD / YYYY

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 6

Debtor 1    Jonathan Keith Stoudmire                                          Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Laurie B. Biggs                                          Date      January 23, 2026
Signature of Attorney for Debtor                                               MM / DD / YYYY

Laurie B. Biggs 31845
Printed name

Biggs Law Firm PLLC
Firm name

9208 Falls of Neuse Road Suite 120
Raleigh, NC 27615
Number, Street, City, State & ZIP Code

Contact phone    (919) 375-8040                    Email address      lbiggs@biggslawnc.com

31845 NC
Bar number & State

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

# D.E.C.A.F

## DEBT EDUCATION AND CERTIFICATION FOUNDATION

Certificate Number:        27000-NCE-CC-176910230873

# Certificate of Credit Counseling

I certify that on  January 22nd, 2026 , at   11:18 AM   o'clock   CST

Jonathan Keith Stoudmire            received from Debt Education and Certification

Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling

in the Eastern District of North Carolina, an individual briefing (including a briefing conducted

by internet) that complied with the provisions of 11 U.S.C. §§ 109(h)

 and 111.  A debt repayment plan was not prepared.

Date:   January 22nd, 2026            By:     /s/Doug Tonne

Name:  Doug Tonne

Title:    Counselor

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code
are required to file with the United States Bankruptcy Court a completed certificate of counseling from
the nonprofit budget and credit counseling agency that provided the individual the counseling services
and a copy of the debt repayment plan, if any developed through the credit counseling agency.
See 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

Debtor 1     Jonathan Keith Stoudmire

|  | First Name | Middle Name | Last Name |
|---|---|---|---|

Debtor 2
(Spouse if, filing)

|  | First Name | Middle Name | Last Name |
|---|---|---|---|

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION

Case number
(if known)

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

| Part 1: | **List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.** |
|---|---|

**Unsecured claim**

**1**
Alliant Credit Union
Attn:   Bankruptcy
P.O. Box 66945

Chicago, IL 60666

**What is the nature of the claim?**                                        $359,587.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                    -
      Unsecured claim

Contact

Contact phone

**2**
Bentley Financial Service
Attn:   Officer, Mgr. or Agent
One Porsche Drive
Atlanta, GA 30354-1654

**What is the nature of the claim?**                                        $201,438.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)      $201,438.00
      Value of security:                    -   $0.00
      Unsecured claim                          $201,438.00

Contact

Contact phone

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Jonathan Keith Stoudmire _____    Case number *(if known)* _____

---

**3**

Bizfund, LLC
Attn:   Officer, Mgr. or Agent
315 Avenue U
Brooklyn, NY 11223-3923

_____
_____
Contact
_____
Contact phone

**What is the nature of the claim?**   Personal guaranty    $430,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)    _____
  Value of security:    - _____
  Unsecured claim    _____

---

**4**

BVB-NC, LLC
Attn:   Officer, Mgr. or Agent
204-C West Woodlawn Road
Charlotte, NC 28217-2174

_____
_____
Contact
_____
Contact phone

**What is the nature of the claim?**   _____    $234,029.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)    _____
  Value of security:    - _____
  Unsecured claim    _____

---

**5**

CESC-Covid EIDL Service Center
Attn:   Officer, Mgr. or Agent
14925 Kingsport Road
Fort Worth, TX 76155

_____
_____
Contact
_____
Contact phone

**What is the nature of the claim?**   Personal guaranty    $1,970,268.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)    _____
  Value of security:    - _____
  Unsecured claim    _____

---

**6**

Chase Auto Finance
Attn:   Bankruptcy
700 Kansas Lane, LA4-4025
Monroe, LA 71203

_____
Contact

**What is the nature of the claim?**   2024 GMC Yukon    $61,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)    $61,000.00

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      **Page 2**

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com      Best Case Bankruptcy

Debtor 1    Jonathan Keith Stoudmire            Case number *(if known)* _____

|  |  |  |
|---|---|---|
| Contact phone | Value of security: | - $0.00 |
|  | Unsecured claim | $61,000.00 |

---

**7**

Citibank
Attn: Bankruptcy Dept
P.O. Box 790046
Saint Louis, MO 63179

**What is the nature of the claim?**    Credit card purchases    $41,553.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact phone

     Value of security:    - _____
     Unsecured claim    _____

---

**8**

Ferrari Financial
Attn: Officer, Mgr. or Agent
250 Sylvan Ave.
Englewood Cliffs, NJ 07632-2527

**What is the nature of the claim?**            $300,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

- ☐ No
- ☒ Yes. Total claim (secured and unsecured)    $300,000.00

Contact phone

     Value of security:    - $0.00
     Unsecured claim    $300,000.00

---

**9**

Fox Funding Group, LLC
Attn: Officer, Mgr. or Agent
803 S. 21st Avenue
Hollywood, FL 33020

**What is the nature of the claim?**    Personal guaranty    $375,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact phone

     Value of security:    - _____
     Unsecured claim    _____

---

**10**

Fox Funding Group, LLC
Attn: Officer, Mgr. or Agent
803 S. 21st Avenue
Hollywood, FL 33020

**What is the nature of the claim?**    Personal guaranty    $281,021.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com      Best Case Bankruptcy

Debtor 1     Jonathan Keith Stoudmire _____     Case number *(if known)* _____

| | | |
|---|---|---|
| _____ <br> Contact | ☒ No <br> ☐ Yes. Total claim (secured and unsecured) | |
| _____ <br> Contact phone | Value of security:   - _____ <br> Unsecured claim   _____ | |

---

**11**

GM Financial
Attn:   BKY- Officer, Mgr. or Agent
801 Cherry St, Ste. 3500
Arlington, TX 76096-1145

**What is the nature of the claim?**   2025 Cadillac Escalade   $154,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

_____

_____

Contact

_____

Contact phone

☐ No
☒ Yes. Total claim (secured and unsecured)   $154,000.00
Value of security:   - $0.00
Unsecured claim   $154,000.00

---

**12**

GM Financial
Attn:   BKY- Officer, Mgr. or Agent
801 Cherry St, Ste. 3500
Arlington, TX 76096-1145

**What is the nature of the claim?**   2026 Cadillac CT-V   $58,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

_____

_____

Contact

_____

Contact phone

☐ No
☒ Yes. Total claim (secured and unsecured)   $58,000.00
Value of security:   - $0.00
Unsecured claim   $58,000.00

---

**13**

Goldman Sachs Bank USA
Attn:   Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

**What is the nature of the claim?**   Credit card purchases   $19,414.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

_____

_____

Contact

_____

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   - _____
Unsecured claim   _____

---

**14**

Jeff Templeton Rentals, LLC
Attn:   Officer, Mgr. or Agent
170 Meadowview Drive, Ste A

**What is the nature of the claim?**   Personal guaranty   $35,991.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 4

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com     Best Case Bankruptcy

Debtor 1    Jonathan Keith Stoudmire                                    Case number *(if known)*

Boone, NC 28607-5211

☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                    -
        Unsecured claim

Contact

Contact phone

---

**15**

Montefi
d/b/a Mr. Advance
Attn:   Officer, Mgr. or Agent
750 E. Main Street, 6th Fl
Stamford, CT 06902

**What is the nature of the claim?**   Personal guaranty      $174,156.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                    -
        Unsecured claim

Contact

Contact phone

---

**16**

Newtek Business Services
Attn:   Officer, Mgr. or Agent
14 E. Washington St., Ste 600-J
Orlando, FL 32801-2355

**What is the nature of the claim?**   6365 Collins Ave. #2505, Miami Beach, FL 33141Miami-Dade County   6131 Pagermont Road, Kannapolis, NC 28081Cabarrus County      $2,296,306.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)     $2,300,000.00
        Value of security:                    -  $1,525,073.00
        Unsecured claim                           $2,296,306.00

Contact

Contact phone

---

**17**

Overton Funding
Attn:   Officer, Mgr. or Agent
2802 N. 29th Ave.
Hollywood, FL 33020-1506

**What is the nature of the claim?**   Personal guaranty      $342,924.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                    -

Contact

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 5

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com   Best Case Bankruptcy

Debtor 1   Jonathan Keith Stoudmire                                Case number *(if known)* _____

Contact phone                              Unsecured claim                    _____

---

**18**

Peoples Bank of Commerce
Attn:   Officer, Mgr. or Agent
1528 Biddle Road
Medford, OR 97504-5243

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   Personal guaranty   $290,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)      _____
        Value of security:                    - _____
        Unsecured claim                          _____

---

**19**

Revenued, LLC
Attn:   Officer, Mgr. or Agent
55 Almaria Ave., 2nd Floor
Miami, FL 33134-6118

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   _____   $309,210.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)      $309,210.00
        Value of security:                    - $0.00
        Unsecured claim                          $309,210.00

---

**20**

Square Advance
Attn:   Officer, Mgr. or Agent
7901 4th Street, North
Saint Petersburg, FL 33702

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   Personal guaranty   $417,200.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)      _____
        Value of security:                    - _____
        Unsecured claim                          _____

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   /s/ Jonathan Keith Stoudmire                          X   _____
Jonathan Keith Stoudmire                                    Signature of Debtor 2
Signature of Debtor 1

Date   January 23, 2026                                   Date   _____

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 6

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com                              Best Case Bankruptcy

Debtor 1      Jonathan Keith Stoudmire                                    Case number *(if known)*

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina, Raleigh Division

In re   Jonathan Keith Stoudmire               Case No.
                                  Debtor(s)        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:     January 23, 2026                  /s/ Jonathan Keith Stoudmire
                                              Jonathan Keith Stoudmire
                                              Signature of Debtor

135 MOCKSVILLE AVENUE, LLC
ATTN:  OFFICER, MGR. OR AGENT
4801 GLENWOOD AVENUE, STE 20
RALEIGH, NC 27612-3856

ALLIANT CREDIT UNION
ATTN:  BANKRUPTCY
P.O. BOX 66945
CHICAGO, IL 60666

AMERICAN EXPRESS
ATTN:  OFFICER, MGR. OR AGENT
P.O. BOX 6031
CAROL STREAM, IL 60197-6031

BARCLAYS BANK DELAWARE
ATTN:  BANKRUPTCY
P.O. BOX 8801
WILMINGTON, DE 19899

BD2, LLC
ATTN:  OFFICER, MGR. OR AGENT
204-C WEST WOODLAWN ROAD
CHARLOTTE, NC 28217-2174

BENTLEY FINANCIAL SERVICE
ATTN:  OFFICER, MGR. OR AGENT
ONE PORSCHE DRIVE
ATLANTA, GA 30354-1654

BIZFUND, LLC
ATTN:  OFFICER, MGR. OR AGENT
315 AVENUE U
BROOKLYN, NY 11223-3923

BVB-NC, LLC
ATTN:  OFFICER, MGR. OR AGENT
204-C WEST WOODLAWN ROAD
CHARLOTTE, NC 28217-2174

CABARRUS CO. TAX COLLECTOR
ATTN:  OFFICER, MGR. OR AGENT
P.O. BOX 707
CONCORD, NC 28026-0707

CENTER FOR EMOTIONAL HEALTH,
PC
135 MOCKSVILLE AVENUE
SALISBURY, NC 28144

CESC-COVID EIDL SERVICE CENTER
ATTN:  OFFICER, MGR. OR AGENT
14925 KINGSPORT ROAD
FORT WORTH, TX 76155

CHASE AUTO FINANCE
ATTN:  BANKRUPTCY
700 KANSAS LANE, LA4-4025
MONROE, LA 71203

CITIBANK
ATTN:  BANKRUPTCY DEPT
P.O. BOX 790046
SAINT LOUIS, MO 63179

FERRARI FINANCIAL
ATTN:  OFFICER, MGR. OR AGENT
250 SYLVAN AVE.
ENGLEWOOD CLIFFS, NJ 07632-2527

FOX FUNDING GROUP, LLC
ATTN:  OFFICER, MGR. OR AGENT
803 S. 21ST AVENUE
HOLLYWOOD, FL 33020

GM FINANCIAL
ATTN:  BKY- OFFICER, MGR. OR
AGENT
801 CHERRY ST, STE. 3500
ARLINGTON, TX 76096-1145

GOLDMAN SACHS BANK USA
ATTN:  BANKRUPTCY
P.O. BOX 70379
PHILADELPHIA, PA 19176

GOODLEAP, LLC
ATTN:  BKY DEPT.
8781 SIERRA COLLEGE BLVD
ROSEVILLE, CA 95661

HIGHLAND OAKS PARTNERS, LLC
ATTN:  OFFICER, MGR. OR AGENT
4200 COLD SPRINGS ROAD
WINSTON SALEM, NC 27106

HR OF CAROLINAS, LLC
ATTN:  OFFICER, MGR. OR AGENT
3310 WEST END AVENUE, STE. 700
NASHVILLE, TN 37203

HR SUMMIT CROSSING
ATTN:  OFFICER, MGR. OR AGENT
3310 WEST END AVENUE, STE 700
NASHVILLE, TN 37203

HTA-DAVIDSON MOB, LLC
ATTN:  OFFICER, MGR. OR AGENT
HEALTHCARE REALTY SERVICES,
LLC
3310 WEST END AVENUE, STE 700
NASHVILLE, TN 37203

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFF TEMPLETON RENTALS, LLC
ATTN:  OFFICER, MGR. OR AGENT
170 MEADOWVIEW DRIVE, STE A
BOONE, NC 28607-5211

MACO DEVELOPMENT
C/O ADAM G. WOOD, ESQ.
1213 CULBRETH DR., STE. 431
WILMINGTON, NC 28405

MONTEFI
ATTN:  OFFICER, MGR. OR AGENT
D/B/A MR. ADVANCE
750 E. MAIN STREET, 6TH FL
STAMFORD, CT 06902

KQC INVESTORS
ATTN:  LEE DENTON, ESQ.
C/O SPILLMAN, THOMAS & BATTLE,
PLLC
110 OAKWOOD, STE. 500
WINSTON SALEM, NC 27103

NATHAN A MILLER
ATTY FOR JEFF TEMPLETON
RENTALS
P.O. BOX 49
BOONE, NC 28607

NEWREZ
ATTN:  BANKRUPTCY
P.O. BOX 10826
GREENVILLE, SC 29603

N.C. DEPARTMENT OF REVENUE
OFFICE SERVICES DIVISION,
BANKRUPTCY UNI
P.O. BOX 1168
RALEIGH, NC 27602-1168

NEWTEK BUSINESS SERVICES
ATTN:  OFFICER, MGR. OR AGENT
14 E. WASHINGTON ST., STE 600-J
ORLANDO, FL 32801-2355

OVERTON FUNDING
ATTN:  OFFICER, MGR. OR AGENT
2802 N. 29TH AVE.
HOLLYWOOD, FL 33020-1506

PEOPLES BANK OF COMMERCE
ATTN:  OFFICER, MGR. OR AGENT
1528 BIDDLE ROAD
MEDFORD, OR 97504-5243

PHILIP SASSER, ESQ.
2000 REGENCY PARKWAY, STE. 230
CARY, NC 27518

REVENUED, LLC
ATTN:  OFFICER, MGR. OR AGENT
55 ALMARIA AVE., 2ND FLOOR
MIAMI, FL 33134-6118

SQUARE ADVANCE
ATTN:  OFFICER, MGR. OR AGENT
7901 4TH STREET, NORTH
SAINT PETERSBURG, FL 33702

SYNCHRONY BANK / LOWES
ATTN:  BANKRUPTCY
P.O. BOX 965060
ORLANDO, FL 32896

TARGET
C/O FINANCIAL & RETAIL SVCS
MAILSTOP BT POB 9475
MINNEAPOLIS, MN 55440

TOWNEBANK
ATTN:  BKY-OFFICER, MGR. OR
AGENT
6013 HARBOUR VIEW BLVD
SUFFOLK, VA 23435-2767

WELLS FARGO BANK NA
ATTN:  BANKRUPTCY
P.O. BOX 393
MINNEAPOLIS, MN 55480

WELLTOWER OM GROUP, LLC
ATTN:  OFFICER, MGR. OR AGENT
550 HERITAGE DRIVE, STE 200
JUPITER, FL 33458

WEST KENDAL SQUARE, LLC
ATTN:  OFFICER, MGR. OR AGENT
1125 NE 125 ST., SUITE 101
MIAMI, FL 33161

WILLIAM WALT PETTIT
ATTY FOR BVB-NC, LLC & BD2, LLC
6230 FAIRVIEW RD, STE 315
CHARLOTTE, NC 28210

WYNWOOD CAPITAL GROUP
ATTN:  OFFICER, MGR. OR AGENTS
20200 W. DIXIE HWY, STE 608
MIAMI, FL 33180