**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

IN RE:

ANDREA D. LINDSAY                                   CASE NO. 26-01105-5-PWM
                                                    CHAPTER 13
         DEBTOR

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** S. Troy Staley, the Standing Chapter 13 Trustee in the Eastern District of North Carolina, duly appointed to administer the instant case ("Trustee"), and hereby objects to confirmation of the Chapter 13 Plan ("Plan") filed by Debtor for the following:

The Plan is not sufficiently funded to pay all claims for which it provides as required by 11 U.S.C. §§ 1322(a)(2), and 1325(a)(1) and (a)(5) due to: Underfunded to pay Santander Claim. Current plan payments = $648 x 60 months. Subject to any additional modifications which may be necessitated by any pending or future objections, or any claims filed before the bar date which require payment, the Trustee estimates plan payments = $648 x 5 months, followed by $877 x 55 months.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 Plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

1

2

This the 17th day of April 2026.

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

2

<u>**CERTIFICATE OF SERVICE**</u>

I, S. Troy Staley, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

Jeremy Harn for LOJTO                     (via CM/ECF)
*Attorney for Debtor*

Andrea D. Lindsay                         (via U.S. Postal Service)
 3114 Popes Crossing Road
Lumberton, NC  28358
*Debtor*

**DATED:** April 9, 2026

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

3