**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jonathan Keith Stoudmire |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA, RALEIGH DIVISION |
| Case number (if known) | 5:26-bk-330 |

☒ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.**

**Unsecured claim**

**1** Alliant Credit Union
Attn:   Bankruptcy
P.O. Box 66945

Chicago, IL 60666

What is the nature of the claim?   $359,587.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

**2** Alliant Credit Union
Attn:   Officer, Manager or Agent
P.O. Box 55945

Chicago, IL 60666-0945

What is the nature of the claim?   2024 Entegra Aspire Motor Home VIN 4VZAU1D12RC094233   $17,460.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured)   $356,460.00

Contact

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   Jonathan Keith Stoudmire    Case number *(if known)*   5:26-bk-330

|  |  |
|---|---|
| Value of security: | - $339,000.00 |
| Unsecured claim | $17,460.00 |

---

**3**

Bankers Healthcare Group
Attn: Officer, Mgr. or Agent
201 Solar Street
Syracuse, NY 13204

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   Personal guaranty   $290,724.72

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   _____
    Value of security:   - _____
    Unsecured claim   _____

---

**4**

Bentley Financial Service
Attn:   Officer, Mgr. or Agent
One Porsche Drive
Atlanta, GA 30354-1654

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   2020 Lamborghini Urus VIN ZPBUA1ZLXLLA08474   $26,438.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)   $201,438.00
    Value of security:   - $175,000.00
    Unsecured claim   $26,438.00

---

**5**

Bizfund, LLC
Attn:   Officer, Mgr. or Agent
315 Avenue U
Brooklyn, NY 11223-3923

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   Personal guaranty   $430,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   _____
    Value of security:   - _____
    Unsecured claim   _____

---

**6**

BVB-NC, LLC
Attn:   Officer, Mgr. or Agent
204-C West Woodlawn Road
Charlotte, NC 28217-2174

**What is the nature of the claim?**   _____   $234,029.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

---

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com   Best Case Bankruptcy

Debtor 1    Jonathan Keith Stoudmire                                    Case number *(if known)*    5:26-bk-330

---

**Does the creditor have a lien on your property?**

☒   No
☐   Yes. Total claim (secured and unsecured)
        Value of security:                                        - _____
        Unsecured claim                                          _____

---

| 7 | | | |

CESC-Covid EIDL Service Center
Attn:   Officer, Mgr. or Agent
14925 Kingsport Road
Fort Worth, TX 76155

**What is the nature of the claim?**    Personal guaranty        $1,970,268.00

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
☒   None of the above apply

**Does the creditor have a lien on your property?**

☒   No
☐   Yes. Total claim (secured and unsecured)
        Value of security:                                        - _____
        Unsecured claim                                          _____

Contact

Contact phone

---

| 8 | | | |

Chase Auto Finance
Attn:   Bankruptcy
700 Kansas Lane, LA4-4025
Monroe, LA 71203

**What is the nature of the claim?**    2024 GMC Yukon
Denali 4WD 6.2L V8VIN
1GKS2DKL4RR120415        $5,000.00

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
☒   None of the above apply

**Does the creditor have a lien on your property?**

☐   No
☒   Yes. Total claim (secured and unsecured)        $61,000.00
        Value of security:                                  - $56,000.00
        Unsecured claim                                      $5,000.00

Contact

Contact phone

---

| 9 | | | |

Ferrari Financial
Attn:   Officer, Mgr. or Agent
250 Sylvan Ave.
Englewood Cliffs, NJ 07632-2527

**What is the nature of the claim?**    2025 Ferrari Roma VIN
ZFFOORPA8S0317750        $25,000.00

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
☒   None of the above apply

**Does the creditor have a lien on your property?**

☐   No
☒   Yes. Total claim (secured and unsecured)        $300,000.00
        Value of security:                                  - $275,000.00
        Unsecured claim                                      $25,000.00

Contact

Contact phone

---

| 10 | | | |

**What is the nature of the claim?**    Personal guaranty        $375,000.00

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        **Page 3**

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com        Best Case Bankruptcy

Debtor 1   Jonathan Keith Stoudmire                           Case number *(if known)*   5:26-bk-330

Fox Funding Group, LLC
Attn:   Officer, Mgr. or Agent
803 S. 21st Avenue
Hollywood, FL 33020

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                    -
         Unsecured claim

Contact

Contact phone

---

**11**

Fox Funding Group, LLC
Attn:   Officer, Mgr. or Agent
803 S. 21st Avenue
Hollywood, FL 33020

**What is the nature of the claim?**   Personal guaranty   $281,021.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                    -
         Unsecured claim

Contact

Contact phone

---

**12**

GM Financial
Attn:   BKY- Officer, Mgr. or Agent
P.O. Box 183853
Arlington, TX 76096

**What is the nature of the claim?**   2025 Cadillac Escalade   $150,372.67

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                    -
         Unsecured claim

Contact

Contact phone

---

**13**

GM Financial
Attn:   BKY- Officer, Mgr. or Agent
801 Cherry St, Ste. 3500
Arlington, TX 76096-1145

**What is the nature of the claim?**   2026 Cadillac CTS VIN 1G6DN5RK0T0104516   $11,000.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)   $58,000.00
         Value of security:                    -   $47,000.00

Contact

---

Software Copyright (c) 1996-2026 Best Case, LLC     - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor 1 | Jonathan Keith Stoudmire | Case number *(if known)* | 5:26-bk-330 |
|---|---|---|---|

| | Contact phone | Unsecured claim | $11,000.00 |
|---|---|---|---|

---

**14**

Montefi
d/b/a Mr. Advance
Attn:   Officer, Mgr. or Agent
750 E. Main Street, 6th Fl
Stamford, CT 06902

Contact

Contact phone

**What is the nature of the claim?**   Personal guaranty   $174,156.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**15**

Newtek Business Services
Attn:   Officer, Mgr. or Agent
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801-6403

Contact

Contact phone

**What is the nature of the claim?**   6365 Collins Ave. #2505 (furnished), Miami Beach, FL 33141Miami-Dade County   6131 Pagemont Road, Kannapolis, NC 28081Cabarrus County   $1,721,379.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☒ Yes. Total claim (secured and unsecured)   $2,300,000.00
  - Value of security: -   $2,100,000.00
  - Unsecured claim   $1,721,379.00

---

**16**

Overton Funding
Attn:   Officer, Mgr. or Agent
2802 N. 29th Ave.
Hollywood, FL 33020-1506

Contact

Contact phone

**What is the nature of the claim?**   Personal guaranty   $342,924.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**17**

Peoples Bank of Commerce

**What is the nature of the claim?**   Personal guaranty   $290,000.00

**As of the date you file, the claim is:** Check all that apply

---

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Jonathan Keith Stoudmire                                      Case number *(if known)*    5:26-bk-330

Attn:   Officer, Mgr. or Agent
1528 Biddle Road
Medford, OR 97504-5243

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                    - _____
    Unsecured claim                       _____

Contact

Contact phone

---

**18**

Revenued, LLC
Attn:   Officer, Mgr. or Agent
55 Almaria Ave., 2nd Floor
Miami, FL 33134-6118

**What is the nature of the claim?**   6365 Collins Ave. #2505 (furnished), Miami Beach, FL 33141Miami-Dade County    $309,210.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)     $309,210.00
    Value of security:                    - $800,000.00
    Unsecured claim                       $309,210.00

Contact

Contact phone

---

**19**

Square Advance
Attn:   Officer, Mgr. or Agent
7901 4th Street, North
Saint Petersburg, FL 33702

**What is the nature of the claim?**   Personal guaranty    $417,200.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                    - _____
    Unsecured claim                       _____

Contact

Contact phone

---

**20**

Townebank
Attn:   BKY-Officer, Mgr. or Agent
6013 Harbour View Blvd

Suffolk, VA 23435-2767

**What is the nature of the claim?**   Hummer    $84,005.99

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                    - _____

Contact

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jonathan Keith Stoudmire | Case number *(if known)* | 5:26-bk-330 |
|---|---|---|---|
| Contact phone | | Unsecured claim | |

## Part 2:   Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X _Jonathan Keith Stoudmire MD_

Jonathan Keith Stoudmire
Signature of Debtor 1

X _____

Signature of Debtor 2

Date    February 18, 2026

Date    _____

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com                                                                    Best Case Bankruptcy