**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

JONATHAN KEITH STOUDMIRE          CASE NO.  26-00330-5-PWM
                                  CHAPTER 11

        Debtor.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that the firm of Evans Petree PC will represent the interests of Bentley Financial Services ("Bentley Financial") in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for Porsche Financial, as follows:

Jacob Zweig, Esq.
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120

/s/ Jacob Zweig

Jacob Zweig, Esq.
NC State Bar No. 38641
Evans Petree PC
Attorneys for Bentley Financial
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
(901) 525-6781 telephone
(901) 374-7486 fax
jzweig@evanspetree.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE:<br><br>JONATHAN KEITH STOUDMIRE<br><br>6131 Pagemont Road<br>Kannapolis, NC  28081<br>SSN:  xxx-xx-2347<br><br>       Debtor. | Case No. 26-00330-5-PWM<br>Chapter: 11 |

**CERTIFICATE OF SERVICE**

I, Jacob Zweig, of the law firm of Evans Petree PC, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age.

That on **March 17, 2026**, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.  I further certify that I have mailed the document to the non CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: March 17, 2026

/s/ Jacob Zweig_____
Jacob Zweig (NC State Bar No. 38641)
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

RECIPIENTS:

Jonathan Keith Stoudmire (U.S. Mail)
6131 Pagemont Road
Kannapolis, NC  28081

Lauri Biggs (CM/ECF)
Biggs Law Firm PLLC