**SO ORDERED**

**SIGNED this 31 day of March, 2026.**



_____
**Pamela W. McAfee**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: | |
| | **CASE NO. 25-04478-5-PWM** |
| **CENTER FOR EMOTIONAL HEALTH PC,** | **CHAPTER 11** |
| **DEBTOR** | |
| IN RE: | **CASE NO. 26-00330-5-PWM** |
| | **CHAPTER 11** |
| **JONATHAN KEITH STOUDMIRE,** | |
| **DEBTOR** | |

## ORDER GRANTING MOTION TO APPROVE CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Motion of Ferrari Financial Services, Inc. to Approve Consent Order Granting Relief from the Automatic Stay came on for review and it appearing to the Court that the time within which a response was required to be filed has elapsed and

no responses have been filed. After a review of the record, including the Motion and proposed Consent Order, it is hereby ORDERED, ADJUDGED AND DECREED that said Motion is ALLOWED.

END OF DOCUMENT