UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

--------------------------------------------------------- x

In re:                                   :

                                     :       Chapter 11

JONATHAN KEITH STOUDMIRE,    :

                                     :       Case No.: 26-00330

                   Debtor.    :

                                     :

--------------------------------------------------------- x

## <u>NOTICE OF MOTION</u>

The party represented by counsel below has filed papers with the court to move the court for an order for relief from the automatic stay or for adequate protection.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the order for relief from stay, or if you want the court to consider your views on the motion, then on or before June 1, 2026, unless otherwise ordered, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

> United States Bankruptcy Court
> Post Office Box 791
> Raleigh, NC 27602

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy:

> Eudora F. S. Arthur
> Womble Bond Dickinson (US) LLP
> 555 Fayetteville St., Suite 1100
> Raleigh, NC 27601

If a response and a request for hearing are filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: May 12, 2026 WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S. Arthur
EUDORA F. S. ARTHUR
N.C. State Bar. No. 59854
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for AmeriCredit Financial Services, Inc. dba GM Financial*

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Motion for Relief from Automatic Stay on:

Jonathan Keith Stoudmire
6131 Pagemont Road
Kannapolis, NC 28081
*Debtor*

Alliant Credit Union
Attn: Bankruptcy
P.O. Box 66945
Chicago, IL 60666

Bankers Healthcare Group
Attn: Officer, Mgr. or Agent
201 Solar Street
Syracuse, NY 13204

Jacob Zweig, Esq.
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
*Counsel for Bentley Financial Service*

Bizfund, LLC
Attn: Officer, Mgr. or Agent
315 Avenue U
Brooklyn, NY 11223-3923

BVB-NC, LLC
Attn: Officer, Mgr. or Agent
204-C West Woodlawn Road
Charlotte, NC 28217-2174

CESC-Covid EIDL Service Center
Attn: Officer, Mgr. or Agent
14925 Kingsport Road
Fort Worth, TX 76155

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane, LA4-4025
Monroe, LA 71203

Ferrari Financial
Attn: Officer, Mgr. or Agent
250 Sylvan Ave.
Englewood Cliffs, NJ 07632-2527

Fox Funding Group, LLC
Attn: Officer, Mgr. or Agent
803 S. 21st Avenue
Hollywood, FL 33020

GM Financial
Attn: BKY- Officer, Mgr. or Agent
801 Cherry St, Ste. 3500
Arlington, TX 76096-1145

Montefi d/b/a Mr. Advance
Attn: Officer, Mgr. or Agent
750 E. Main Street, 6th Fl
Stamford, CT 06902

Newtek Business Services
Attn: Officer, Mgr. or Agent
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801-6403

Overton Funding
Attn: Officer, Mgr. or Agent
2802 N. 29th Ave.
Hollywood, FL 33020-1506

Peoples Bank of Commerce
Attn: Officer, Mgr. or Agent
1528 Biddle Road
Medford, OR 97504-5243

Revenued, LLC
Attn: Officer, Mgr. or Agent

55 Almaria Ave., 2nd Floor
Miami, FL 33134-6118

Square Advance
Attn: Officer, Mgr. or Agent
7901 4th Street
North Saint Petersburg, FL 33702

Townebank
Attn: BKY-Officer, Mgr. or Agent
6013 Harbour View Blvd
Suffolk, VA 23435-2767

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing Motion for Relief from Automatic Stay was served by electronic means through the Court's CM/ECF service on:

Laurie B. Biggs
*Attorney for Debtor*

Shelley Abel
*Bankruptcy Administrator*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2026

WOMBLE BOND DICKINSON (US) LLP

By:     /s/ Eudora F. S Arthur
        EUDORA F. S. ARTHUR
        NC State Bar Number 59854
        555 Fayetteville St., Suite 1100
        Raleigh, NC 27601
        Telephone: (919) 755-2178
        dorie.arthur@wbd-us.com

        *Attorneys for AmeriCredit Financial Services, Inc. dba GM Financia*